JUDGE GRIESA

13 CIV 37

RECEIVED
JAN 02 2013
U.S.D.C. S.D.N.Y.
CASHIERS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| DANMAR LINES, LTD. <br>     Plaintiff, <br><br> v. <br><br> MSC MEDITERRANEAN SHIPPING COMPANY S.A. A/K/A MSC (USA) INC., AND MSC MATILDE, IN REM, <br><br>     Defendant. | Case No.: <br><br> **COMPLAINT** |

-----------------------------------------------------------------

Plaintiff DANMAR LINES, LTD. ("DANMAR" or "Plaintiff"), by and through their attorneys, as and for their Complaint against defendant MSC MEDITERRANEAN SHIPPING COMPANY S.A. A/K/A MSC (USA) INC., AND MSC MATILDE, IN REM ("MSC" or "Defendant") alleges upon information and belief as follows:

    1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §1333.

    2.    The Court also has jurisdiction over this claim per 28 U.S.C. § 1332 in that the citizenship of the parties is diverse and, the amount in controversy exceeds $75,000 exclusive of interest and costs.

    3.    The court also has pendent, ancillary and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

    4.    Plaintiff also brings this action for a declaratory judgment pursuant to 28 U.S.C. § 2201 et seq. and Rule 57 of the Federal Rules of Civil Procedure.

5.     Venue is proper in this district pursuant to 28 U.S.C. §1391. MSC's Bill of Lading mandates suit in this venue.

## PARTIES

6.     Danmar Lines Ltd. is a corporation organized and existing pursuant to the laws of the Switzerland; DHL Global Forwarding acted as its agent with respect to the matters herein.

7.     MSC is a corporation organized and existing under the laws of a foreign country with its principal place of business in a foreign country, and was and now is engaged in business as a carrier of merchandise by sea, rail and by road for hire and maintains a place of business in New York.

8.     MSC was and now is in business as carrier of goods by sea with a place of business c/o Mediterranean Shipping Company (USA), Inc. 420 Fifth Avenue, New York, New York 10018. The MSC Matilde is an ocean going vessel engaged in the carriage of goods by sea.

9.     Alternatively, MSC does business in the State of New York and is subject to the jurisdiction of this Court.

10.    Further alternatively, MSC is subject to in personam jurisdiction in this Court pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure.

## FACTS

11.    Plaintiff issued Bill of Lading NYC149560 dated New York to C.L. Hauthaway & Sons Corp. for the carriage of certain cargo from Boston, Massachusetts to Bremerhaven, Germany, consiged to Leonard Kurz Stifturg & Co. ("Kurz"), ("the Shipment").

12.    Plaintiff arranged for Defendant MSC to carry the Shipment from Boston, Massachusetts to Bremerhaven, Germany pursuant to an MSC Bill of Lading.

13. Kurz and its subrogated insurers allege that the Shipment was not in like good order when delivered by MSC.

14. Kurz and its subrogated insurers have made a claim against Plaintiff in the amount as best as can be ascertained of $240,000.

## FIRST CAUSE OF ACTION

15. Plaintiff repeats and realleges each and every paragraph contained herein.

16. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

17. While denying any liability for damages to Kurz and its subrogated insurers, if the Shipment was not delivered in like good condition as alleged by Kurz and its subrogated insurers, and Plaintiff is held liable or caused to make payment for such, it resulted solely from the fault, negligence, gross negligence and/or lack of care, breach of contract and/or breach of warranty (express or implied), omission or other wrongful act on the part of the Defendant, its agents or sub-contractors.

18. As a result of the foregoing, Plaintiff claims against Defendant for any and all sums which Plaintiff may be required to pay, including attorneys' fees and expenses.

## SECOND CAUSE OF ACTION

19. Plaintiff repeats and realleges each and every paragraph contained herein.

20. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

21. While denying any liability for damages to Kurz and its subrogated insurers, if Plaintiff should be held liable to Kurz and its subrogated insurers, then Plaintiff asserts that it shall be entitled to damage from Defendant as a result of breach of contract.

DM1\3660294.1

## THIRD CAUSE OF ACTION

22. Plaintiff repeats and realleges each and every paragraph contained herein.

23. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

24. While denying any liability for damages to Kurz and its subrogated insurers, if Plaintiff should be adjudged liable to Kurz and its subrogated insurers, Plaintiff asserts that any and all injuries and damages allegedly sustained by Kurz and its subrogated insurers were the proximate result of the actions of the Defendant. As such, Defendant is liable to Plaintiff, by way indemnification and/or contribution for any and all sums which it may be required to pay in this action, including attorneys' fees and expenses.

## PRAYER

WHEREFORE, while denying any liability for damages for the Shipment and its insurers, if Plaintiff should be held liable, Plaintiff prays the Court enter a judgment on its Complaint against Defendants MSC Mediterranean Shipping Company S.A. MSC (USA) and MSC Matilde together with an award of costs, costs of suit, interest and reasonable attorney's fees, and for such other relief as the Court deems just and proper.

Dated: January 2, 2013

By: _____

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

James W. Carbin (JC5004)
Attorneys for Plaintiff Danmar Lines, Ltd.
and DHL Global Forwarding
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102-5429
(973) 424-2000
JWCarbin@duanemorris.com

DM1\3660294.1

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court<br>☐ a. all parties represented<br>☐ b. At least one party is pro se. | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT | ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [X] 3 | [X] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Danmar Lines Ltd.
Europastrasse 23
CH-8152
Glattbrug, Switzerland

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Mediterranean Shipping Company (USA), Inc. 420 Fifth Avenue, New York, New York  10018

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
                                          [ ] NO
                                          [X] YES (DATE ADMITTED Mo. 1   Yr. 1980 )
RECEIPT #                                 Attorney Bar Code # JC-5004

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JS 44C/SDNY
REV. 7/2012

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
DANMAR LINES, LTD.

**DEFENDANTS**
MSC MEDITERRANEAN SHIPPING COMPANY S.A. A/K/A MSC (USA) INC., AND MSC MATILDE

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
James W. Carbin
Duane Morris LLP, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this or a similar case been previously filed in SDNY at any time? No [ ]   Yes [ ]   Judge Previously Assigned _____

If yes, was this case Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

**TORTS**                                                                                    **ACTIONS UNDER STATUTES**

**CONTRACT**
[ ] 110  INSURANCE
[x] 120  MARINE
[ ] 130  MILLER ACT
[ ] 140  NEGOTIABLE INSTRUMENT
[ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151  MEDICARE ACT
[ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160  STOCKHOLDERS SUITS
[ ] 190  OTHER CONTRACT
[ ] 195  CONTRACT PRODUCT LIABILITY
[ ] 196  FRANCHISE

**REAL PROPERTY**
[ ] 210  LAND CONDEMNATION
[ ] 220  FORECLOSURE
[ ] 230  RENT LEASE & EJECTMENT
[ ] 240  TORTS TO LAND
[ ] 245  TORT PRODUCT LIABILITY
[ ] 290  ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310  AIRPLANE
[ ] 315  AIRPLANE PRODUCT LIABILITY
[ ] 320  ASSAULT, LIBEL & SLANDER
[ ] 330  FEDERAL EMPLOYERS' LIABILITY
[ ] 340  MARINE
[ ] 345  MARINE PRODUCT LIABILITY
[ ] 350  MOTOR VEHICLE
[ ] 355  MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360  OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441  VOTING
[ ] 442  EMPLOYMENT
[ ] 443  HOUSING/ ACCOMMODATIONS
[ ] 444  WELFARE
[ ] 445  AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446  AMERICANS WITH DISABILITIES -OTHER
[ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner)

**PERSONAL INJURY**
[ ] 362  PERSONAL INJURY - MED MALPRACTICE
[ ] 365  PERSONAL INJURY PRODUCT LIABILITY
[ ] 368  ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370  OTHER FRAUD
[ ] 371  TRUTH IN LENDING
[ ] 380  OTHER PERSONAL PROPERTY DAMAGE
[ ] 385  PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 510  MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530  HABEAS CORPUS
[ ] 535  DEATH PENALTY
[ ] 540  MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550  CIVIL RIGHTS
[ ] 555  PRISON CONDITION

**FORFEITURE/PENALTY**
[ ] 610  AGRICULTURE
[ ] 620  OTHER FOOD & DRUG
[ ] 625  DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630  LIQUOR LAWS
[ ] 640  RR & TRUCK
[ ] 650  AIRLINE REGS
[ ] 660  OCCUPATIONAL SAFETY/HEALTH
[ ] 690  OTHER

**LABOR**
[ ] 710  FAIR LABOR STANDARDS ACT
[ ] 720  LABOR/MGMT RELATIONS
[ ] 730  LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740  RAILWAY LABOR ACT
[ ] 790  OTHER LABOR LITIGATION
[ ] 791  EMPL RET INC SECURITY ACT

**IMMIGRATION**
[ ] 462  NATURALIZATION APPLICATION
[ ] 463  HABEAS CORPUS- ALIEN DETAINEE
[ ] 465  OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422  APPEAL 28 USC 158
[ ] 423  WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820  COPYRIGHTS
[ ] 830  PATENT
[ ] 840  TRADEMARK

**SOCIAL SECURITY**
[ ] 861  HIA (1395ff)
[ ] 862  BLACK LUNG (923)
[ ] 863  DIWC/DIWW (405(g))
[ ] 864  SSID TITLE XVI
[ ] 865  RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870  TAXES (U.S. Plaintiff or Defendant)
[ ] 871  IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 400  STATE REAPPORTIONMENT
[ ] 410  ANTITRUST
[ ] 430  BANKS & BANKING
[ ] 450  COMMERCE
[ ] 460  DEPORTATION
[ ] 470  RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480  CONSUMER CREDIT
[ ] 490  CABLE/SATELLITE TV
[ ] 810  SELECTIVE SERVICE
[ ] 850  SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875  CUSTOMER CHALLENGE 12 USC 3410
[ ] 890  OTHER STATUTORY ACTIONS
[ ] 891  AGRICULTURAL ACTS
[ ] 892  ECONOMIC STABILIZATION ACT
[ ] 893  ENVIRONMENTAL MATTERS
[ ] 894  ENERGY ALLOCATION ACT
[ ] 895  FREEDOM OF INFORMATION ACT
[ ] 900  APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950  CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK DIVISION

Danmar Lines, Ltd.,

        Plaintiff,

  against

MSC Mediterranean Shipping Company S. A. a/k/a MSC (USA), Inc. and MSC Matilde, *in rem*,

        Defendant.

Civil Action No. _____



## PLAINTIFFS' CERTIFICATE OF INTEREST PERSONS

Plaintiff Danmar Lines, Ltd., by its attorneys, DUANE MORRIS LLP, pursuant to Federal Rule of Civil Procedure 7.1 states that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock: **Deutsche Post AG.**

Dated: January 2, 2013

Respectfully submitted,

By: _____
James W. Carbin (JC-5004)
Attorneys for Plaintiff Danmar Lines, Ltd.
and DHL Global Forwarding
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102-5429
(973) 424-2000
JWCarbin@duanemorris.com